**UNITED STATES of America, Appellant, v. UNIVERSAL FINANCE CO., Claimant of One Dodge Truck, etc., Appellee.**

**UNITED STATES of America, Appellant, v. GENERAL MOTORS ACCEPTANCE CORP., Claimant of One Chrevolet Cabriolet Automobile, etc., Appellee.**

**Nos. 6982, 6983.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 3, 1932.

Samuel W. McNabb, U. S. Atty., and Louis J. Somers, Asst. U. S. Atty., both of Los Angeles, Cal.

Potter & Getz, of Los Angeles, Cal., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal in each of above causes dismissed; mandates forthwith.

that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed, pursuant to section 1 of rule 14 of the Rules of this court.